UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DARRYL STEVENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | NO. 1:10-00043 |
| v. | ) | JUDGE SHARP |
| | ) | |
| | ) | |
| LES HELTON, SHERIFF, AND | ) | |
| MUNICIPALITIES OF MARSHALL | ) | |
| COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 56), recommending that Defendants' Motion for Summary Judgment (Docket No. 48) be granted and this case be dismissed. Despite being specifically informed in the R & R that any objections were to be filed within fourteen days of service, Plaintiff has filed no objections.

Having undertaken the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the Magistrate Judge that dismissal is warranted. Plaintiff filed a Complaint in which he requested no monetary damages, but only that he be properly diagnosed and treated for his medical conditions while housed at the Marshall County Jail. The record reflects that he is no longer housed there, thus making his request for injunctive relief moot. Moreover, Plaintiff filed no objections to the R & R in accordance with Fed. R. Civ. P. 72(b)(2).

Accordingly, the R & R (Docket No. 56) is hereby ACCEPTED and APPROVED, Defendants' Motion for Summary Judgment (Docket No. 48) is hereby GRANTED, and this case

1

is hereby DISMISSED.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE